IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

UNITED STATES OF AMERICA

V                                    CASE NO. 3:11-cr-159(1)
                                     SR. JUDGE NIXON
ERIC DONNELL YOUNG                   SEALED CASE
_____/

## AMENDED AGREED MOTION TO CONTINUE SENTENCING

Comes Now the Defendant by and through his undersigned counsel and the Government by and through AUSA Sunny Koshy and respectfully move this Honorable Court to amend the previously filed motion to continue the sentencing in the above-styled matter. In support the undersigned counsel for both parties would show as follows:

1. Sentencing in this matter is presently set for August 24th, 2012.

2. As part of the plea agreement in this case the Defendant was transferred back to state custody to complete his sentence there prior to being sentenced in the above-styled matter. The parties are contemplating Mr. Young completing his state sentence prior to returning for his federal sentencing.

3. Also as part of his plea agreement Mr. Young is expected to testify at an upcoming trial before this Court and the Government would respectfully ask that his sentencing be deferred until after that matter has been completed. The Government anticipates trial in that case to be set sometime in January so a new sentencing date for Mr. Young should be set sometime after that.

4. The Co-Defendant Jessica Scott has also petitioned this Court for a continuance of her sentencing for similar reasons.

Wherefore based on the forgoing the Defendant by and through his undersigned counsel would respectfully request this Honorable Court grant this agreed motion to continue the sentencing and reset it sometime after January 2013.

*Granted. Re-set for February 8, 2013 at 10:00 a.m.* [handwritten annotation with signature]

RESPECTFULLY SUBMITTED:

/S/ LAWRENCE J. ARNKOFF
LAWRENCE J. ARNKOFF
TENNESSEE BAR # 026140
ATTORNEY FOR DEFENDANT
Larnkoff@Bellsouth.net
9103 BRENT MEADE BLVD
BRENTWOOD TN 37027
TEL: 615 973 4570, FAX: 615 371 5327

/S/ SUNNY A.M. KOSHY
SUNNY A.M. KOSHY
ASST. U.S. ATTORNEY
110 9TH AVENUE SOUTH, SUITE A-961
NASHVIILLE TN 37023
615-736-5151