UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:11-00159 |
| | ) | |
| v. | ) | JUDGE NIXON |
| | ) | |
| JESSICA SCOTT | ) | **UNDER SEAL** |
| ERIC YOUNG | ) | |

## MOTION TO PARTIALLY UNSEAL CASE

Comes now the United States and requests the Information as to both defendants and Judgment (as to Jessica Scott) in this case be unsealed since defendant Jessica Scott has been sentenced and there is no need to keep these documents under seal. The undersigned has been advised by the United States Probation Office that they cannot report the case to the Sentencing Commission as is the normal course without these documents being unsealed.

The undersigned is authorized by John Oliva, counsel for Jessica Scott, to report that the defense does not object to this request. The parties agree the plea agreement and the defendant's sentencing memorandum should continue to be sealed. Larry Arnkoff, counsel for Eric Young, has authorized the undersigned to report that the defense does not object to the information being unsealed as to Young. There is no judgment yet as to Young since he has not been sentenced yet.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Phone: 615-736-5151

*Granted*