UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:11-00159 |
| | ) | |
| v. | ) | JUDGE NIXON |
| | ) | |
| ERIC YOUNG | ) | **UNDER SEAL** |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the United States, through Sunny A.M. Koshy, Assistant United States Attorney, and requests that this Court continue the sentencing hearing currently scheduled for Friday, May 17, 2013.

The United States seeks a continuance since the defendant's cooperation obligations are still ongoing. The defendant is expected to testify at the trial of *United States v. Lachaunti Williams*, Case No. 3:09-00240, set to begin on Tuesday, May 28, 2013, in this Court.

For the foregoing reason, the United States request a continuance of defendant's sentencing hearing.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

*Granted
Re-set for
August 1, 2013
at 10:00 a.m.*

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Phone: 615-736-5151