IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **No. 3:11-cr-00159-1** |
| v. | ) | |
| | ) | **Judge Nixon** |
| | ) | |
| **ERIC DONNELLE YOUNG** | ) | |

## ORDER

Pending before the Court is Defendant Eric Donnelle Young's Agreed Motion to Modify Supervised Release Condition ("Motion") (Doc. No. 78). Defendant requests that the Court modify the conditions of his release by terminating the requirement that he reside at the Diersen Residential Re-Entry Center, (*see* Doc. No. 76 at 4), so that he may live with his elderly grandmother in her apartment, the address of which shall be provided to the Probation Office for approval. (Doc. No. 78 at 1–2.) Defendant further states the Government has indicated that it supports Defendant's requested modification. (*Id.* at 2.) In light of the reasons Defendant offers in support of his Motion, the Court **GRANTS** the Motion. Accordingly, Defendant's Special Conditions of Supervision (Doc. No. 76 at 4) are hereby **AMENDED** to the extent that Defendant is no longer required to reside at Diersen Residential Re-Entry Center

It is so ORDERED.

Entered this 9th day of April, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT