UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) No. 3:11-00159-1 ) Senior Judge Nixon ) |
| ERIC DONNELLE YOUNG | ) ) |

## AGREED ORDER

Based on the agreement of the parties and the fact that the state charges against Mr. Young that form the basis for violation #1 have been dismissed and that Mr. Young has now paid his special assessment, it is hereby ORDERED that the Petition for Summons for Offender Under Supervision (D.E. 80) and the Superseding Petition (D.E. 86) are dismissed.

Enter this the 17th day of August, 2015.

JOHN T. NIXON
SENIOR UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

Sumter L. Camp
Assistant Federal Public Defender